| | |
|---|---|
| 1 | BETSY C. MANIFOLD (182450) |
| 2 | RACHELE R. BYRD (190634) |
|   | ALEX J. TRAMONTANO (276666) |
| 3 | **WOLF HALDENSTEIN ADLER** |
|   |   **FREEMAN & HERZ LLP** |
| 4 | 750 B Street, Suite 1820 |
|   | San Diego, CA 92101 |
| 5 | Telephone: (619) 239-4599 |
|   | Facsimile: (619) 234-4599 |
| 6 | manifold@whafh.com |
|   | byrd@whafh.com |
| 7 | tramontano@whafh.com |

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LALOR, derivatively on behalf of PAYPAL, INC., | Case No. 5:22-cv-00370 |
| Plaintiff, | **NOTICE OF ERRATA REGARDING MISSING EXHIBIT TO VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |
| v. | |
| DANIEL H. SCHULMAN, JOHN D. RAINEY, RODNEY C. ADKINS, JONATHAN CHRISTODORO, JOHN J. DONAHOE, DAVID W. DORMAN, BELINDA J. JOHNSON, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, FRANK D. YEARY, and WENCES CASARES, | |
| Defendants, | |
| and | |
| PAYPAL HOLDINGS, INC., | |
| Nominal Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Verification to Plaintiff Robert Lalor's Verified Shareholder Derivative Complaint (ECF No. 1) (the "Complaint") was inadvertently omitted. Plaintiff intended to file the attached Verification as Exhibit A to the Complaint and files this Notice of Errata and the Verification as Exhibit A hereto to correct the error.

DATED: January 19, 2022

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**MOORE KUEHN, PLLC**
Justin A. Kuehn
Fletcher W. Moore
30 Wall Street, 8th floor
New York, New York 10005
Tel: (212) 709-8245
jkuehn@moorekuehn.com
fmoore@moorekuehn.com

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel: (516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
vl@rl-legal.com

*Attorneys for Plaintiff*

# EXHIBIT A

## **VERIFICATION**

I, Robert Lalor, have reviewed the allegations made in this Verified Shareholder Derivative Complaint, know the contents thereof, and authorize its filing. To those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true. I further declare that I am a current holder, and have been a holder, of PayPal Holdings, Inc. common stock at all relevant times.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _____ day of January 2022.

ROBERT LALOR

ROBERT LALOR (Jan 17, 2022 10:16 EST)

ROBERT LALOR