BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff Robert Lalor*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>*Lalor v. Schulman*, Case No. 22-cv-00370-CRB. | Lead Case No. 3:21-cv-09720-CRB<br><br>Consolidated Case No. 3:22-cv-00370-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ~~PROPOSED~~ ORDER**<br><br>The Hon. Charles R. Breyer |

1  Pursuant to Fed. R. Civ. P. 41, Plaintiff Robert Lalor, by and through Plaintiffs'
2  undersigned counsel, hereby give notice that the above-captioned stockholder derivative action
3  (the "Action") is voluntarily dismissed, without prejudice, against all Defendants. In support of
4  the dismissal, Plaintiffs state as follows:

5  WHEREAS, Derivative Action is based on substantially similar factual allegations as
6  those in a putative class action that alleged securities fraud against PayPal and certain of its
7  officers, captioned *Kang v. PayPal Holdings, Inc.*, Case No. 3:21-cv-06468-CRB (N.D. Cal.) (the
8  "Securities Class Action"). Defendants in the Securities Class Action moved to dismiss the
9  operative complaint in that action;

10  WHEREAS, on February 1, 2022, the Court entered an Order staying this Derivative
11  Action pending resolution of the motion to dismiss the Securities Class Action (Lead Case No.
12  3:21-cv-09720-CRB, Dkt. 13 (attached as **Exhibit A** to the Status Report filed March 25, 2025);

13  WHEREAS, on April 27, 2023, the Court granted the defendants' motion to dismiss the
14  Securities Class Action, with prejudice, and issued judgment in favor of defendants;

15  WHEREAS, on May 30, 2023, the deadline for the plaintiffs to appeal the dismissal in the
16  Securities Class Action expired, and the judgment in the Securities Class Action is now final;

17  WHEREAS, no compensation in any form has passed directly or indirectly from any of
18  the Defendants to Plaintiffs or their attorneys in this Derivative Action, and no promise to give
19  any such compensation has been made;

20  WHEREAS, Plaintiffs here seek to voluntarily dismiss this Action, without prejudice,
21  pursuant to Fed. R. Civ. P. 41(a)(1) and 23.1(c) as to all Defendants;

22  WHEREAS, voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that
23  Defendants have not filed an answer or a motion for summary judgment;

24  WHEREAS, notice of this voluntary dismissal is not required under Fed. R. Civ. P.
25  23.1(c) because this Dismissal is without prejudice and no compensation in any form has passed
26  directly or indirectly to Plaintiffs or their attorneys in this action and no promise to give any such
27  compensation has been made.
28

ACCORDINGLY, pursuant to Fed. R. Civ. P. 41,

1. Plaintiff Robert Lalor, by and through the undersigned counsel, hereby gives notice that the above-captioned action (*Lalor v. Schulman, et al.*, Case No. 3:22-cv-00370-CRB) should be dismissed *without* prejudice, pursuant to Fed. R. of Civ. P. 23.1(c) and 41(a).

2. Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint nor filed a motion for summary judgment.

3. Separate notice to PayPal stockholders of this Dismissal is *not* required under Fed. R. of Civ. P. 23.1(c) because this Dismissal is without prejudice and no compensation in any form has passed directly or indirectly to Plaintiffs or their attorneys in this action and no promise to give any such compensation has been made.

4. The parties shall bear their own respective costs, expenses, and attorneys' fees.

DATED: March 25, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Alex J. Tramontano*
    ALEX J. TRAMONTANO

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**KUEHN LAW, PLLC**
Justin A. Kuehn
53 Hill Street, Suite 605
Southampton, NY 11968
Tel: (917) 818-3045
justin@kuehn.law

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530

- 2 -
NOTICE OF VOLUNTARY DISMISSAL AND ~~PROPOSED~~ ORDER
*Lalor v. Schulman*, Case No. 3:22-CV-00370-CRB

Tel: (516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
vl@rl-legal.com

*Attorneys for Plaintiff Robert Lalor*

\*    \*    \*

**IT IS SO ORDERED.**

DATED: March 26, 2025

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE